**DISMISS; and Opinion Filed July 8, 2014.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00603-CR

### TRENT ALLEN HACKNEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-71353-Q

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

140603F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

TRENT ALLEN HACKNEY, Appellant

No. 05-14-00603-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-71353-Q.
Opinion delivered per curiam before Justices
Fillmore, Evans, and Lewis.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 8th day of July, 2014.